```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
WAM SINGAPORE PRIVATE LIMITED,      :
                                    :    08 Civ. 00044 (VM)
                Plaintiff,          :
                                    :
     - against -                    :    ORDER
                                    :
BALAJI COKE INDUSTRY PVT., LTD.,    :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated January 3, 2008, the Court granted the application of plaintiff Wam Singapore Private Limited authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since January 9, 2008. At that time an affidavit was filed in support of the application. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by April 21, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08
```

**SO ORDERED.**

Dated:   New York, New York
         15 April 2008

_____
VICTOR MARRERO
U.S.D.J.