# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel - *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

April 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```

**By facsimile (212) 805-6382**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

Re: **Wam Singapore Private Limited v. Balaji Coke Industry Pvt., Ltd.**
Docket #: 08-cv-00044-VM
Our Ref: 1330

Dear Judge Marrero:

As set forth in your Honor's Order dated April 15, 2008, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On January 4, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York in the total amount of $796,957.53.

Pursuant to service of the Writ and Ex-Parte Order, garnishee bank, Standard Chartered Bank, restrained the Defendant's funds in the approximate amount of $50,000.00. Notice of attachment was duly sent to the Defendant. In addition, while the Ex-Parte Order remained in effect American Express Bank held additional funds belonging to Defendant in the amount of $175,000.00 but mistakenly (and we contend wrongfully) released them, sending those funds out of the district. Plaintiff is currently examining possible action(s) against the applicable garnishee. In the meantime, Plaintiff continues to serve the Writ of attachment in the hopes of becoming fully secured.

As to the underlying arbitration, a partial final arbitration award has already been issued in Plaintiff's favor and against the Defendant. Plaintiff ultimately intends to move to recognize and enforce this partial final award as a Judgment of this Court, and against the funds attached in the district pursuant to the Ex-Parte Order.

Despite the notice of attachment, Defendant has failed to file an answer or otherwise appear in this action. In light of the foregoing, we respectfully request that this matter be placed on the suspense calendar while Plaintiff continues to serve. If the Defendant appears at a later date it may request a conference at that time.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

Nancy R. Peterson (Siegel)

> Request GRANTED. The Clerk of Court is directed to place this case on the Court's Suspense Docket. Plaintiff is directed to provide the Court with a further update of the status of the matter within 60 days of the date of this Order.
>
> SO ORDERED:
> 4-17-08
> DATE         VICTOR MARRERO, U.S.D.J.