

Lennon, Murphy & Lennon, LLC

June 16, 2008

**By facsimile (212) 805-6382**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08
```

Re: **Wam Singapore Private Limited v. Balaji Coke Industry Pvt., Ltd.**
Docket #: 08-cv-00044-VM
Our Ref: 1330

Dear Judge Marrero:

As set forth in Your Honor's Order dated April 17, 2008, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On July 10, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York in the total amount of $796,957.53.

Pursuant to service of the Writ and Ex-Parte Order, various garnishee banks restrained the Defendant's funds in the approximate amount of $225,000. Notice of attachment was duly sent to the Defendant. In the meantime, Plaintiff continues to serve the Writ of attachment in the hopes of becoming fully secured. On April 17, 2008, Your Honor placed this matter on the suspense docket.

Despite the notice of attachment, Defendant has failed to file an answer or otherwise appear in this action. In light of the foregoing, we respectfully request that this matter continue to be maintained on the suspense calendar while Plaintiff continues to serve. If the Defendants appear at a later date it may request a conference at that time.

A partial final arbitration award has been issued in the underlying arbitration in Plaintiff's favor and against the Defendant. Plaintiff intents to move to recognize and enforce this partial award as a Judgment of this Court, and against the funds attached in this district pursuant to the Ex-Parte Order.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

Anne C. LeVasseur
Anne C. LeVasseur (AL3333)

*Request GRANTED. The Writ of Maritime Attachment issued herein shall remain in effect for an additional 60 days from the date of this Order. Plaintiff is directed to provide a status report within 45 days of this Order.*

**SO ORDERED:**
6-16-08
DATE                VICTOR MARRERO, U.S.D.J.