

**Lennon,
Murphy &
Lennon,** LLC

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

July 31, 2008

<u>Via facsimile (212) 805-6382</u>
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08
```

Re:  <u>Wam Singapore Private Limited v. Balaji Coke Industry Pvt., Ltd.</u>
     Docket #: 08-cv-00044-VM
     Our Ref: 08-1330

Dear Judge Marrero:

We represent the Plaintiff in this action and write to provide the Court with a status report in this case, which Plaintiff brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. Despite our providing written notice of this suit to Defendant, it has failed to appear or otherwise defend.

To date Plaintiff has attached $225,000.00 pursuant to this Court's Ex Parte Order of Maritime Attachment that authorized the restraint of up to $796,957.53. No funds have been restrained since February 20, 2008. As such, Plaintiff is not optimistic that additional funds will be attached. Thus, Plaintiff shall soon be filing a motion for default judgment against Defendant, to recognize and confirm Plaintiff's arbitration award as against Defendant, and for a turn over order allowing Plaintiff to partially enforce its judgment against the restrained funds.

We thank the Court for its indulgence and remain available to answer any questions that Your Honor may have.

Respectfully submitted,

Charles E. Murphy

CEM/bhs

SO ORDERED: *Plaintiff is authorized to file a motion for entry of default judgment against defendant herein, as well as related motions to confirm the arbitration award against defendant, and a turnover enforcement order against restrained funds.*

7-31-08
DATE                VICTOR MARRERO, U.S.D.J.