UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WAM SINGAPORE PRIVATE LIMITED,          :
                                        :
                      Plaintiff,        :      08 Civ. 0044(VM)
                                        :
        - against -                     :      ECF CASE
                                        :
BALAJI COKE INDUSTRY PVT. LTD.,         :
                                        :
                      Defendant.        :
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of Connecticut  )
                      )   ss:   Town of Southport
County of Fairfield   )

     Coleen A. McEvoy, having been duly sworn, deposes and states the following under oath:

     1.     I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

     3.     Service of the Summons, Verified Complaint, Affidavit in Support of Prayer for Attachment, Rule 7.1 Disclosure Statement, Ex Parte Order and Process of Maritime Attachment and Garnishment in the instant action, was made on the Defendant by International Registered Mail, Return Receipt on February 13, 2008, pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims. *See copies of Receipt for Registered Mail and Return Receipt annexed hereto as Exhibit "1."*

Dated: Southport, CT
      August 11, 2008

_____
Coleen A. McEvoy


Sworn to and subscribed before me this
11th day of August 2008.

_____
NOTARY PUBLIC

# EXHIBIT 1

## Receipt for Registered Mail (PS Form 3806)

| Field | Value |
|---|---|
| Registered No. | RE201992427US |
| Reg. Fee | $10.15 |
| Handling Charge | $0.00 |
| Postage | $7.20 |
| Return Receipt | $2.15 |
| Restricted Delivery | $0.00 |
| Date Stamp | 0490 07 02/13/08 |
| Customer Must Declare Full Value | $0.00 — Without Postal Insurance |

**FROM:** Lennon, Murphy Lennon
2425 Post Rd
Southport, CT 06890
1380

**TO:** Balaji Coke Industry Pvt. Ltd
12, Ho-Chi Minh Sarani, Suite 2B
Calcutta 700 071
India

PS Form 3806, May 2004 — Receipt for Registered Mail — Copy 1 - Customer

---

## PS Form 2865 (March 2007)

- Item Description: Registered Article (Envoi recommandé)
- Article Number: RE 201 992 427 US
- Office of Mailing: Southport-CT-06890
- Date of Posting: 2-13-08
- Addressee Name or Firm: Balaji Coke Industry Pvt. Ltd
- Street and No.: 12 Ho-Chi Minh Sarani, Suite 2B
- Place and Country: Calcutta 700-071 India

The article mentioned above was duly delivered.
Date: 23/2/08

Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775