UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAM SINGAPORE PRIVATE LIMITED,          :
                                         :
                Plaintiff,     :     08 Civ. 0044(VM)
                                         :
  - against -                            :     ECF CASE
                                         :
BALAJI COKE INDUSTRY PVT. LTD.          :     **NOTICE OF MOTION**
                                         :
                Defendant.     :
-------------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE that Plaintiff, WAM SINGAPORE PRIVATE LIMITED (hereinafter "Plaintiff"), through its attorneys Lennon, Murphy & Lennon, LLC upon the annexed Affidavit of Coleen A. McEvoy dated August 25, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, and the pleadings and proceedings previously had herein, will move this Court, before the Honorable Victor Marrero, United States District Court Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 20B, New York, New York, on a date and at a time designated by the Court for an Order confirming the underlying foreign arbitral award as a Judgment of this Court, together with such other, further and different relief as the Court may deem just and proper.

Dated: Southport, CT
August 25, 2008

The Plaintiff,
WAM SINGAPORE PRIVATE LIMITED.,

By: _____
Coleen A. McEvoy
Charles E. Murphy
LENNON, MURPHY & LENNON, LLC
The Graybar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 (fax)
cam@lenmur.com
cem@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 25, 2008, a copy of the foregoing will be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by express courier to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Service of the foregoing is being made on Defendant via express courier.

_____
Coleen A. McEvoy