```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WAM SINGAPORE PRIVATE LIMITED,       :
                                     :   08 Civ. 0044 (VM)
                  Plaintiff,         :
                                     :
      - against -                    :   **ORDER DIRECTING**
                                     :   **DEFAULT JUDGMENT**
BALAJI COKE INDUSTRY PVT., LTD.,     :
                                     :
                  Defendant.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

This action having been commenced on January 3, 2008 by the filing of a Verified Complaint and accompanying documents, and a copy of all pleadings having been served on the Defendant Balaji Coke Industry Pvt. Ltd. by February 23, 2008 by International Registered Mail, Return Receipt and Defendant not having answered the Verified Complaint, and the time for answering the Verified Complaint having expired, and

The Plaintiff having moved by Motion for the recognition and enforcement of the underlying arbitral award as a Judgment of this Court, pursuant to 9 U.S.C. § 201 et. seq. and having requested the attorneys' fees and costs incurred herein, and a copy of the motion papers having been served on Defendant by FedEx courier or facsimile and Defendant not having answered the motion, and the time for answering the motion having expired;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the arbitral award be recognized and enforced as a Judgment of this Court and Plaintiff have judgment against Defendant in an amount to be determined as follows:

| | | |
|---|---|---|
| A. | Principal claim: | $ 623,387.25 |
| B. | Attorneys' fees: | $ 18,186.24 |
| C. | Interest on principal claim and attorneys' fees at 7% compounded quarterly from August 23, 2006 through the date of entry of this Judgment: | |
| D. | Arbitrator's fees: | $ 4,488.60 |
| E. | Interest on arbitrator's fees at 7.25% compounded quarterly from February 5, 2007 through date of entry of this Judgment: | |
| F. | Attorneys' fees and costs incurred in the instant action: | $ 13,600.00 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall be entitled to supplemental judgment in respect of interest on the principal claim and attorneys' fees, and on the arbitrator's fees, compounded at the respective rates set forth above from the date of entry of this Judgment to the date of payment of the Judgment by Defendant.

**SO ORDERED.**

Dated:   New York, New York
         27 August 2008

_____
VICTOR MARRERO
U.S.D.J.