```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAM SINGAPORE PRIVATE LIMITED,

       Plaintiff,     :  08 Civ. 0044(VM)

- against -          :  ECF CASE

BALAJI COKE INDUSTRY PVT. LTD.,  :  **ORDER**

       Defendant.
------------------------------------------------------------X

  Upon Plaintiff's application for an Order pursuant to CPLR 5230 and F.R.C.P. Supp. Adm. B(3)(a) directing the garnishee banks to turn over Defendant BALAJI COKE INDUSTRY PVT. LTD.'s funds, currently attached in the amount of $225,000.00 pursuant to an Ex-Parte Order of Maritime Attachment and Garnishment issued on January 3, 2008, it is hereby ordered as follows:

  All garnishees banks, including American Express Bank and Standard Chartered Bank, shall turn over the funds of Defendant BALAJI COKE INDUSTRY PVT. LTD in the amount of $225,000.00 which they are holding pursuant to the Ex-Parte Order of Maritime Attachment and Garnishment issued on January 3, 2008 to Plaintiff's counsel, or at Plaintiff's counsel's direction, forthwith.

SO ORDERED.

Dated: New York, New York
   August 26, 2008

                    **Victor Marrero**
                     U.S.D.J.